1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KIYOMI HALL,                              No.  2:21-cv-1979 JAM AC PS

12              Plaintiff,

13        v.                                   <u>ORDER</u>

14   EQUIFAX INFORMATION SERVICES,

15              Defendant.

16

17        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a

18   United States Magistrate Judge pursuant to Local Rule 302(c)(21).

19        On November 29, 2021, the magistrate judge filed findings and recommendations herein

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within twenty-one days.  Neither party has

22   filed objections to the findings and recommendations.

23        The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.

25   ////

26   ////

27   ////

28   ////

                                                1

1

Accordingly, IT IS HEREBY ORDERED that:

2

1.  The findings and recommendations filed November 29, 2021, are adopted in full;

3

2.  This action is dismissed with prejudice because it does not state a claim  upon which

4

relief can be granted.  See Fed. R. Civ. P. 41(b); Local Rule 110.

5

6

7

DATED:  February 8, 2022                          /s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ

8

UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1